1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 carey_gorden@fd.org

5

Attorneys for Defendant Mr. Aleman
6

7

8                          UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE THOMAS J. WHELAN)**

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3466-TJW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| **ALEJANDRO ALEMAN**, | ) | **NOTICE OF APPEARANCE** |
| Defendant. | ) | |

16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                          Respectfully submitted,

21 Dated: January 18, 2008              *s/ Carey D. Gorden*
                                          Federal Defenders of San Diego, Inc.
22                                        Attorneys for Defendant
                                          carey_gorden@fd.org

23

24

25

26

27

28