1 **CAREY D. GORDEN**
California State Bar No. 236251
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 carey_gorden@fd.org

5

6 Attorneys for Mr. Aleman

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE THOMAS J. WHELAN)**

11 UNITED STATES OF AMERICA,        )   Case No. 07CR3466-TJW
                                    )
12              Plaintiff,           )
                                    )
13 v.                                )   **PROOF OF SERVICE**
                                    )
14 **ALEJANDRO ALEMAN**,             )
                                    )
15              Defendant.           )
                                    )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20        **DOUGLAS KEEHN, ASSISTANT UNITED STATES ATTORNEY**

21
Dated: January 18, 2008                     _s/ *Carey D. Gorden*_
22                                          **CAREY D. GORDEN**
                                            Federal Defenders of San Diego, Inc.
23                                          225 Broadway, Suite 900
                                            San Diego, CA 92101-5030
24                                          (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
25                                          e-mail: carey_gorden@fd.org

26

27

28